**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **In the matter of:** | **Case No. 06-33936** |
| **Brent M. Williamson** | |
| **Cathryn M. Williamson** | **Chapter 7** |
| | **Judge Guy R. Humphrey** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.33 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| City of Xenia<br>Attn: Tax Dept.<br>101 N. Detroit Street<br>Xenia, Ohio 45385 | 3 | $2.33 |

Date:  January 6, 2009

/s/Paul H. Spaeth
Paul H. Spaeth, Trustee
7925 Paragon Road, Suite 101
Dayton, Ohio 45459
(937) 223-1655
(937) 223-1656 (fax)
spaethlaw@phslaw.com